**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**RYAN VENCI, ESQ.**
Nevada Bar No. 7547
**KRISTEN MOLLOY, ESQ.**
Nevada Bar No. 14927
**BRANDON | SMERBER LAW FIRM**
139 E. Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
*l.brandon@bsnv.law*
*r.venci@bsnv.law*
*k.molloy@bsnv.law*
*Attorneys for Defendant,*
ALBERTSONS, LLC d/b/a ALBERTSON'S

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE STEPHANIE MARTIN, an individual;<br><br>          Plaintiff,<br><br>vs.<br><br>ALBERTSON'S LLC d/b/a ALBERTSON'S, a Foreign Limited Liability Company; DOES I through 10; ROE CORPORATIONS 1 through 10, inclusive,<br><br>          Defendants. | CASE NO.:  2:25-cv-01718-ART-MDC<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES (SECOND REQUEST)** |

Pursuant to Local Rules 26-3, the parties respectfully submit the following stipulation to extend the discovery deadlines in this matter by ninety (90) days.

      **A.**    **A Statement Specifying the Discovery Completed (LR 26-3(a):**

    1.    Plaintiff has made her initial disclosures pursuant to Fed. R. Civ. P. 26(a);

    2.    Defendant has made its initial disclosures pursuant to Fed. R. Civ. P. 26(a);

    3.    Defendant has served written discovery on Plaintiff;

    4.    Plaintiff has responded to written discovery;

    5.    Plaintiff has served written discovery on Defendant;

*139 E. WARM SPRINGS RD.*
*LAS VEGAS, NEVADA 89119*
*T. 702.380.0007 | F. 702.380.2964*

**BRANDON | SMERBER**
**LAW FIRM**

5.    Plaintiff's deposition was taken on December 17, 2025.

**B.    A Specific Description of the Discovery that Remains to be Completed (LR 26-3(b):**

1.    Written discovery by Plaintiff on Defendant;

2.    Expert witness disclosures

3.    Expert, treating physician, percipient and Rule 30(b)(6) witness depositions.

**C.    The Reasons why the Deadline was not Satisfied or the Remaining Discovery was not Completed within the Time Limits set by the Discovery Plan (LR 26-3(c):**

While the parties acknowledge the deadlines in this matter have recently extended by three months, new and extenuating circumstances have arisen requiring a further extension. Most importantly, Plaintiff has recently been diagnosed with an unrelated life-threatening medical condition that requires immediate and significant surgical intervention which will impact her ability to participate in this matter and follow up on additional medical appointments and potential procedures, including a spine stimulator related to her alleged injuries from the subject incident. This unrelated diagnosis has been emotionally devastating for the Plaintiff and has required immediate treatment. Plaintiff's highly invasive surgery is scheduled to take place in early February and will require approximately 8 weeks for initial healing. Plaintiff's ability to participate in discovery and communicate with counsel is limited as she undergoes treatment. In addition, the parties wish to explore a resolution of this matter and believe the time and money are better spent toward that end rather than on continued litigation costs. The parties believe that good cause exists to extend the discovery deadlines in this matter as they have been working diligently in the discovery process and Plaintiff's recent diagnosis has made completion of discovery without interfering with her treatment difficult. Therefore, the parties request that discovery cut-off date be extended by ninety (90) days.

/ / /

/ / /

**D.** **A Proposed Schedule for Completing all Remaining Discovery  (LR 26-3(d):**

|  | Current Deadlines: | Proposed Deadline: |
|---|---|---|
| Amend Pleadings: | Closed | Closed |
| Initial Expert Disclosure: | March 10, 2026 | June 8, 2026 |
| Rebuttal Expert Disclosure: | April 9, 2026 | July 8, 2026 |
| Discovery Cut-off: | May 9, 2026 | August 7, 2026 |
| Dispositive Motions: | June 9, 2026 | September 7, 2026 |
| Joint Pre-Trial Order: | July 9, 2026 | October 7, 2026 |

DATED this 5th day of February, 2026.          DATED this 5th day of February, 2026.

**BRANDON | SMERBER LAW FIRM**          **SOS INJURY LAWYERS**

/s/ Lew Brandon, Jr., Esq.          /s/ Kristian Kaskla, Esq.

_____          _____

**LEW BRANDON, JR., ESQ.**          **MICHAEL SANFT, ESQ.**
Nevada Bar No. 5880          Nevada Bar No. 8245
**RYAN M. VENCI, ESQ.**          **KRISTIAN KASKLA, ESQ.**
Nevada Bar No. 7547          Nevada Bar No. 14553
**KRISTEN MOLLOY, ESQ.**          411 E. Bonneville Ave., Ste. 360
Nevada Bar No. 14927          Las Vegas, Nevada 89101
139 E. Warm Springs Road          *Attorneys for Plaintiff,*
Las Vegas, Nevada 89119          *MICHELLE STEPHANIE MARTIN*
*Attorneys for Defendant,*
*ALBERTSON'S LLC*

**ORDER**

**IT IS SO ORDERED**

Dated this  6th  day of February, 2026.

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

BRANDON | SMERBER LAW FIRM

139 E. WARM SPRINGS RD.
LAS VEGAS, NEVADA 89119
T. 702.380.0007 | F. 702.380.2964